IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RIGHTQUESTION, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> AT&T INC., AT&T CORP., AT&T MOBILITY LLC, AT&T MOBILITY II LLC and AT&T SERVICES, INC., <br><br> *Defendants*. | Civil Action No. 2:24-cv-00094-JRG <br><br> **JURY TRIAL DEMANDED** |

## ORDER DISMISSING AT&T, INC. WITHOUT PREJUDICE

BEFORE THE COURT is the Plaintiff's Notice of Dismissal Without Prejudice as to AT&T, Inc.

In accordance with Fed. R. Civ. P. 41, the Court hereby ORDERS as follows:

1) Plaintiff's claims against AT&T, Inc. are DISMISSED WITHOUT PREJUDICE.

2) Both parties shall bear their own costs and fees.