IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RIGHTQUESTION, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00094-JRG-RSP |
| | § | |
| AT&T INC., AT&T CORP., AT&T MOBILITY LLC, AT&T MOBILITY II LLC, and AT&T SERVICES, INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Notice of Dismissal Without Prejudice of AT&T Inc. (the "Notice") filed by Plaintiff RightQuestion, LLC ("Plaintiff"). (Dkt. No. 15.) In the Notice, Plaintiff voluntarily dismisses the claims and causes of action against Defendant AT&T Inc. without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (*Id*. at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff in the above-captioned case with respect to Defendant AT&T Inc. are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. The above-captioned case is to remain **OPEN** in light of the remaining parties and claims.

**So ORDERED and SIGNED this 29th day of April, 2024.**

*[signature: Rodney Gilstrap]*
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE